HARRY KRAUS et al., as Surviving Executors of HENRY P. SONDHEIM, Deceased, Respondents, *v.* NELLA SONDHEIM, as Executrix of SAMUEL SONDHEIM, Deceased, Appellant.

*Kraus* v. *Sondheim*, 102 App. Div. 615, affirmed.
(Argued April 24, 1906; decided May 8, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 1, 1905, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action for an accounting of copartnership affairs.

*Charles J. Hardy* for appellant.

*Henry Brill* and *Henry Wollman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.